1  NICHOLAS F. REYES, #102114
   NICHOLAS F. REYES LAW CORPORATION
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  nfreyeslaw@gmail.com

5  Attorney for Defendant
   ARMANDO MARTINEZ and
6  MIGUEL ZUNIGA ARTEAGA

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 1:20-CR-00212-DAD
                                                   1:20-CR-00213-DAD
12                    Plaintiff,
                                           STIPULATION TO CONTINUE
13 v.                                      SENTENCING AND ORDER

14 ARMANDO MARTINEZ and MIGUEL
   ZUNIGA ARTEAGA,
15
                      Defendants.
16

17

18       Defendants, ARMANDO MARTINEZ and MIGUEL ZUNIGA ARTEAGA, by and

19 through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF

20 AMERICA, by and through its counsel of record, STEPHANIE STOKMAN, Assistant

21 United States Attorney for the Eastern District of California, hereby stipulate that the

22 sentencing in the above-referenced case currently scheduled for Monday, November 3, 2025,

23 at 10:00 a.m. be continued to Monday, December 15, 2025 at 10:00 a.m. in the courtroom for

24 the Honorable Dale A. Drozd, District Judge.

25       The continuance is necessary and good cause exists because both the government and

26 the defense require the additional time to finalize their sentencing positions.  This would

27 critically affect the outcome of the final sentence and is in the interest of justice.

28
                                    1

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for November 3, 2025, at 10:00 a.m. be continued to December 15, 2025 at 10:00 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 10/30/2025

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendants
ARMANDO MARTINEZ and
MIGUEL ZUNIGA ARTEAGA

**IT IS SO STIPULATED**

Dated: 10/30/2025

/s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant U.S. Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-referenced case as to both defendants, currently scheduled for Monday, November 3, 2025, is continued to Monday, December 15, 2025 at 10:00 a.m. in the courtroom of the Honorable Dale A. Drozd, District Judge. **However, no further continuances of the of the sentencing hearing in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: __**October 31, 2025**__                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2