NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 "R" Street
Fresno, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant
MIGUEL ZUNIGA ARTEAGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-213-DAD-BAM |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE |
| v. | |
| MIGUEL ZUNIGA ARTEAGA, | |
| Defendant. | |

    Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's request to seal, IT IS HEREBY ORDERED that DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM and Request to Seal shall be SEALED until further order of this Court.

    It is further ordered that access to the sealed documents shall be limited to the government and counsel for defendant.

    The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing Defendant's Supplemental Sentencing Memorandum serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Defendant would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the defendant's

Supplemental Sentencing Memorandum that would adequately protect the compelling interests identified by the defendant.

IT IS SO ORDERED.

Dated: __December 11, 2025__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2